IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| COASTAL CONSTRUCTION COMPANY, INC., | ) | CIVIL 10-00206-DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, AS SUCCESSOR IN INTEREST TO UNDERWRITERS INSURANCE COMPANY; HASEKO HOMES, INC.; HASEKO CONSTRUCTION, INC.;  JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 14, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT PLAINTIFF COASTAL CONSTRUCTION

COMPANY, INC.'S MOTION FOR REMAND AND DEFENDANTS HASEKO HOMES, INC. AND HASEKO CONSTRUCTION, INC.'S MOTION FOR REMAND BE GRANTED IN PART AND DENIED IN PART," document no. 39, are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, August 3, 2010.



_____
David Alan Ezra
United States District Judge

Coastal Construction Company, Inc. vs. North American Special Insurance Company, et al., Civil No. 10-00206 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION